UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BOB ANDREW PUGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF SOCIAL AND<br>HEALTH SERVICES, *et al.*,<br><br>　　　　　Defendants. | CASE NO. 3:22-cv-05514-MJP-JRC<br><br>ORDER GRANTING EXTENSION<br>OF TIME |

This matter is before the Court on plaintiff's motion for an extension of time to respond to the motion to dismiss filed by defendants. Dkt. 20. In his motion, plaintiff states that his institution has a new computerized law library that currently has no manuals on how to run the system. *Id*. at 2. He requests an extension of time in order to learn the system and use it to fully and properly respond to the motion to dismiss. *Id*. The Court finds plaintiff has demonstrated good cause for an extension and grants the motion. Dkt. 20. Plaintiff shall file a response to the motion to dismiss (Dkt. 16) on or before December 30, 2022. Defendants may file a reply on or

before January 6, 2023. The Clerk is directed to re-note the motion to dismiss (Dkt. 16) for consideration on January 6, 2023.

Dated this 28th day of October, 2022.

J. Richard Creatura
Chief United States Magistrate Judge